UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **WESLEY S. RICKS** | **CIVIL ACTION NO. 3:17-cv-0400** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **SYDNEY A. JOHNWELL, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's civil rights Complaint be **DISMISSED WITH PREJUDICE** as frivolous, for failing to state a claim on which relief may be granted, and for seeking money damages against defendants who are immune from suit, in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(I).

**IT IS FURTHER ORDERED** that Plaintiff's motion for an evidentiary hearing, contained in his objections [Doc. No. 10 ], is **DENIED**.

**MONROE, LOUISIANA,** this 18th day of July, 2017.

_/s/ Robert G. James_
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE